UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED E. NELSON, IV,<br><br>            Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>            Defendant. | Case No.: 3:20-cv-02256-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 10]** |

Plaintiff Ned E. Nelson, IV and Defendant Midland Credit Management, Inc. filed a Joint Motion for Dismissal (the "Joint Motion"), asking the Court to dismiss the matter *with prejudice*. Good cause appearing, the Court **GRANTS** the Joint Motion. *See* Fed. R. Civ. P. 41(a)(2). The case is dismissed *with prejudice*, and each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 16, 2021.

_____
**HON. ROGER T. BENITEZ**
United States District Judge